UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No.: 2:07-CR-108 |
| | ) | |
| MICHAEL R. SMITH | ) | |

INFORMATION

The United States Attorney charges that on or about November 1, 2006, defendant MICHAEL R. SMITH knowingly possessed a computer hard drive that contained 188 visual depictions which were shipped or transported in interstate commerce by any means including by computer, the production of which involved the use of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256, and the said visual depictions are of such conduct.

[Title 18, United States Code, Section 2252A(a)(5)(B)]

JAMES R. DEDRICK
United States Attorney

ROBERT M. REEVES
Assistant U.S. Attorney