UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

U.S. DISTRICT COURT
GREENEVILLE TN

2008 MAR 13 P 12:06

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:07-CR-108 |
| | ) | |
| MICHAEL R. SMITH | ) | |

### ORDER

It is hereby **ORDERED** that the report from Counseling and Consultation Services, Inc., dated February 15, 2008, and the report from Sex Offender Solutions dated March 1, 2008, are filed **UNDER SEAL** pending further order of the Court.

ENTER:

J. RONNIE GREER
UNITED STATES DISTRICT JUDGE