# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
220 West Depot Street, Suite 200
Greeneville, Tennessee 37743

(423) 639-3105
www.tned.uscourts.gov

**PATRICIA L. McNUTT**  
Clerk of the Court

**JOHN L. MEDEARIS**  
Chief Deputy Clerk

November 12, 2009

Clifton L Corker
205 West Walnut Street
Suite 1
Johnson City, TN 37604

IN RE: 2:07-CR-108, USA vs. Michael Smith

Dear Counsel:

    Local Rule 43.3 , paragraph 2, states as follows:

**After the final determination of an action, counsel or parties shall have thirty (30) days within which to withdraw exhibits and depositions. In the event the exhibits and depositions are not withdrawn, the clerk shall, after notice to the parties, destroy or otherwise dispose of them.**

Pursuant to this rule, exhibits to the plea hearing and sentencing, held December 3, 2007, will be destroyed if you have not picked them up within thirty (30) days from today's date.

If you do not want these exhibits, please contact the Clerk's office as soon as possible. Thank you very much for your help. Your cooperation is appreciated.

                      Sincerely,

                      s/Connie S. Lamb
                      Deputy Clerk

cl